**Order filed June 4, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01117-CV
_____

**MORLOCK, L.L.C., Appellant**

**V.**

**NATIONSTAR MORTGAGE, LLC, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-13507**

---

# O R D E R

This is an appeal from an order granting appellee's motion for summary judgment signed September 11, 2012. The clerk's record was filed February 27, 2013. Appellant's brief was due April 1, 2013**.** No brief or motion for extension of time has been filed. On May 7, 2013, the court notified appellant that its brief was past due. No response was filed.

Unless appellant files its brief with the clerk of this court on or before **June 18, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM